**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DATA CARRIERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-950-LPS |
| | ) | |
| THE HOME DEPOT INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendants The Home Depot Inc. and Home Depot U.S.A., Inc. (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendants' claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 10, 2013

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*
*Data Carriers, LLC*

DLA PIPER LLP (US)

/s/ Aleine Porterfield
Denise S. Kraft (No. 2778)
Aleine Porterfield (No. 5053)
Brian A. Biggs (No. 5591)
919 North Market St., Suite 1500
Wilmington, DE 19801
(302) 468-5700
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com
*Attorneys for Defendant*
*The Home Depot, Inc. and The Home Depot*
*U.S.A., Inc.*

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

OF COUNSEL:

Nicholas G. Papastavros
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6019